# IN THE SUPREME COURT OF THE STATE OF NEVADA

TEAL PETALS ST. TRUST,
                    Appellant,
            vs.
BANK OF AMERICA, N.A.,
                    Respondent.

No. 79402

**FILED**

FEB 27 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Stefany Miley, District Judge
     Law Offices of Michael F. Bohn, Ltd.
     Akerman LLP/Las Vegas
     Eighth District Court Clerk

20-07891